IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YASSINE BAOUCH,                     )
                                    )
            Plaintiff,              )      8:12CV408
                                    )
      v.                            )
                                    )
WERNER ENTERPRISES, INC.,           )      ORDER
d/b/a WERNER TRUCKING, and          )
DRIVERS MANAGEMENT, LLC,            )
                                    )
            Defendants.             )
_____)
```

This matter is before the Court on defendants' motion for extension of time to file parties' report of Rule 26(f) planning conference (Filing No. 15).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendants' motion is granted.  The parties shall have until February 14, 2013, to file their report of Rule 26(f) planning conference.

DATED this 6th day of February, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court