IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YASSINE BAOUCH,                  )
                                 )
            Plaintiff,           )        8:12CV408
                                 )
      v.                         )
                                 )
WERNER ENTERPRISES, INC.,        )        ORDER
d/b/a WERNER TRUCKING, and       )
DRIVERS MANAGEMENT, LLC,         )
                                 )
            Defendants.          )
_____)
```

This matter is before the Court on plaintiffs' motion for leave to file an amended complaint (Filing No. 20). The Court notes the motion is unopposed and finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiffs' motion is granted. Plaintiffs shall have until March 15, 2013, to file their amended complaint.

DATED this 8th day of March, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court