IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YASSINE BAOUCH,                      )
                                     )
              Plaintiff,             )        8:12CV408
                                     )
     v.                              )
                                     )
WERNER ENTERPRISES, INC.,            )        ORDER
d/b/a WERNER TRUCKING, and           )
DRIVERS MANAGEMENT, LLC,             )
                                     )
              Defendants.            )
_____ )
```

In accordance with the amended Rule 26(f) planning conference report (Filing No. 27) filed by the parties,

IT IS ORDERED:

1) Mandatory disclosures shall be made to the opposing party no later than April 16, 2013.

2) Motions to amend pleadings shall be filed by May 31, 2013.

3) Discovery limited to class certification shall be completed by August 30, 2013.

4) Plaintiffs shall have until September 30, 2013, to file a motion for leave to proceed as a collective action and/or to certify a class.

DATED this 28th day of March, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court