IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YASSINE BAOUCH,                    )
                                   )
              Plaintiff,           )         8:12CV408
                                   )
       v.                          )
                                   )
WERNER ENTERPRISES, INC.,          )         ORDER
d/b/a WERNER TRUCKING, and         )
DRIVERS MANAGEMENT, LLC,           )
                                   )
              Defendants.          )
_____)
```

This matter is before the Court on the joint motion for extension of time to complete discovery on class certification (Filing No. 45).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that motion is granted.  The parties shall have until October 29, 2013, in which to complete discovery on class certification.  The plaintiffs shall have until December 3, 2013, to file a motion for conditional certification and/or class certification.

DATED this 12th day of August, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court