IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

YASSINE BAOUCH, et al.,          )
                                 )
            Plaintiffs,          )          8:12CV408
                                 )
        v.                       )
                                 )
WERNER ENTERPRISES, INC.,        )          ORDER
d/b/a WERNER TRUCKING, and       )
DRIVERS MANAGEMENT, LLC,         )
                                 )
            Defendants.          )
_____)


        This matter is before the Court on plaintiffs' motion
to seal (Filing No. 48).  The Court finds the motion should be
granted.  Accordingly,

        IT IS ORDERED that motion is granted.  Plaintiffs'
brief in support of plaintiffs' motion to overrule defendants'
objections to third party subpoena and supporting index shall
remain sealed pending further order of the Court.

        DATED this 15th day of August, 2013.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court