IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YASSINE BAOUCH, et al.,         )
                                )
            Plaintiffs,         )      8:12CV408
                                )
     v.                         )
                                )
WERNER ENTERPRISES, INC., and   )      ORDER
DRIVERS MANAGEMENT, LLC,        )
                                )
            Defendants.         )
_____)
```

      This matter is before the Court on the joint motion for extension of time to complete discovery on class certification issues and file class certification motions (Filing No. 54).  The Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that motion is granted.  The parties shall have until November 29, 2013, in which to complete discovery on class certification.  The plaintiffs shall have until January 6, 2014, to file a motion for conditional certification and/or class certification.

      DATED this 19th day of September, 2013.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court