IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YASSINE BAOUCH,                 )
                                )
           Plaintiff,           )         8:12CV408
                                )
     v.                         )
                                )
WERNER ENTERPRISES, INC.,       )         ORDER
d/b/a WERNER TRUCKING, and      )
DRIVERS MANAGEMENT, LLC,        )
                                )
           Defendants.          )
_____)
```

This matter is before the Court on the motion for extension of time for defendants to complete discovery on class certification and respond to plaintiffs' motions for collective and class certification (Filing No. 66).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that Werner's deadline to complete class discovery is extended to January 28, 2014, and Werner's deadline to respond to plaintiffs' motion for conditional and/or class certification is extended to February 24, 2014.

DATED this 13th day of November, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court