IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YASSINE BAOUCH, et al.,        )
                               )
             Plaintiffs,       )        8:12CV408
                               )
     v.                        )
                               )
WERNER ENTERPRISES, INC., and  )        ORDER
DRIVERS MANAGEMENT, LLC,       )
                               )
             Defendants.       )
_____)
```

This matter is before the Court on defendants' motion for extension of time for defendants to complete discovery on class certification and respond to plaintiffs' motions for collective and class certification (Filing No. 79). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Defendants shall have until March 17, 2014, to complete class discovery. The deadline to respond to plaintiffs' motion for conditional and/or class certification is extended to April 15, 2014.

DATED this 28th day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court