IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YASSINE BAOUCH, et al.,        )
                               )
          Plaintiffs,          )      8:12CV408
                               )
     v.                        )
                               )
WERNER ENTERPRISES, INC., and  )      ORDER
DRIVERS MANAGEMENT, LLC,       )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on plaintiffs' motion to extend time to file a reply brief by 7 days (Filing No. 96). The Court notes defendants do not oppose the motion. Accordingly,

IT IS ORDERED that the motion is granted.  Plaintiffs shall have until May 2, 2014, to file a reply brief to defendants' opposition to plaintiffs' motion for conditional certification and class certification.

DATED this 23rd day of April, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court