IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YASSINE BAOUCH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:12CV408 |
| | ) | |
| v. | ) | |
| | ) | |
| WERNER ENTERPRISES, INC., | ) | ORDER |
| d/b/a WERNER TRUCKING, and | ) | |
| DRIVERS MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiffs' motions to seal plaintiffs' reply brief in support of plaintiffs' motion for class and conditional certification and Exhibits 1-A, 1-B, 1-C, 1-D and 1-E of plaintiffs' index (Filing No. 98) and to seal plaintiffs' brief in support of plaintiffs' motion for summary judgment and Exhibits 1-A, 1-B, 1-H, 1-J, 1-L, 1-M and 1-N of plaintiffs' index (Filing No. 103).  The Court finds the motions should be granted.  Accordingly,

IT IS ORDERED that the motions are granted.  The briefs and exhibits as delineated in the respective motions shall remain sealed pending further order of the Court.

DATED this 5th day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court