IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YASSINE BAOUCH, et al.,        )
                               )
            Plaintiffs,        )      8:12CV408
                               )
       v.                      )
                               )
WERNER ENTERPRISES, INC., and  )      ORDER
DRIVERS MANAGEMENT, LLC,       )
                               )
            Defendants.        )
_____ )
```

This matter is before the Court on the stipulation of the parties to send court-supervised notice (Filing No. 139). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted. The parties shall proceed with court-supervised notice as set forth in the stipulation, subject to all of the terms thereof as if fully set forth herein.

DATED this 2nd day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court