IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YASSINE BAOUCH, et al.,       )
                              )
             Plaintiffs,      )         8:12CV408
                              )
        v.                    )
                              )
WERNER ENTERPRISES, INC., and )         ORDER
DRIVERS MANAGEMENT, LLC,      )
                              )
             Defendants.      )
_____)
```

This matter is before the Court on plaintiffs' motion to modify order relating to court-supervised notice by extending the initial mailing date to October 28, 2014 (Filing No. 144). The Court notes defendants do not oppose the motion. Accordingly,

IT IS ORDERED that the motion is granted.  Paragraph 2 of the Court's October 2, 2014, order is modified so that plaintiffs shall have until October 28, 2014, to mail the initial notice.

DATED this 21st day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court