IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YASSINE BAOUCH, et al.,        )
                               )
            Plaintiffs,        )         8:12CV408
                               )
     v.                        )
                               )
WERNER ENTERPRISES, INC.,      )         ORDER
d/b/a WERNER TRUCKING, and     )
DRIVERS MANAGEMENT, LLC,       )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on plaintiffs' motion to extend (Filing No. 188). The motion will be granted in part.

IT IS ORDERED:

1) Disclosure of Expert Witnesses: On or before **May 29, 2015,** the plaintiffs shall identify all expert witnesses and shall serve the defendants with the statement required by Fed.R.Civ.P. 26(a)(2) regarding each expert witness they expect to call to testify as trial pursuant to the provisions of Rule 702, 703 or 705, Federal Rules of Evidence.

2) On or before **July 31, 2015,** the defendants shall identify all expert witnesses and shall serve the plaintiffs with the statement required by Fed.R.Civ.P. 26(a)(2) regarding each expert witness they expect to call to testify at trial pursuant to the provisions of 702, 703, or 705, Federal Rules of Evidence. If necessary to refute the disclosed opinion of an expert of an

opponent, a party may disclose additional expert witnesses not later than **August 31, 2015,** provided that the disclosing party then provides all of the information described in Fed.R.Civ.P. 26(a)(2) and makes the expert witness available for deposition prior to **November 2, 2015.** Supplementation of these disclosures, if originally made prior to these deadlines, shall be made on these deadlines as to any information for which supplementation is addressed in Fed.R.Civ.P. 26(e). The testimony of an expert at trial shall be limited to the information disclosed in accordance with this paragraph.

DATED this 16th day of April, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court