IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YASSINE BAOUCH, et al.,         )
                                )
             Plaintiffs,        )       8:12CV408
                                )
        v.                      )
                                )
WERNER ENTERPRISES, INC.,       )       ORDER
d/b/a WERNER TRUCKING, and      )
DRIVERS MANAGEMENT, LLC,        )
                                )
             Defendants.        )
_____)
```

This matter is before the Court on defendants' motion to seal Exhibit 1-K of defendants' index of evidence in opposition to plaintiffs' motion to extend certain scheduling order deadlines (Filing No. 193). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Exhibit 1-K shall remain sealed pending further order of the Court.

DATED this 16th day of April, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court