IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YASSINE BAOUCH, et al.,        )
                               )
            Plaintiffs,        )        8:12CV408
                               )
     v.                        )
                               )
WERNER ENTERPRISES, INC.,      )        ORDER
d/b/a WERNER TRUCKING, and     )
DRIVERS MANAGEMENT, LLC,       )
                               )
            Defendants.        )
_____)
```

       This matter is before the Court on defendants' motion to dismiss with prejudice or to decertify the class, and motion for expedited briefing (Filing No. 215). The defendants filed a brief in support (Filing No. 216) and index of evidence (Filing No. 217). The plaintiffs responded with a letter requesting the Court to deny the defendants' request for expedited briefing (Filing No. 218).

       The Court will defer entering a briefing schedule until the deadline for plaintiffs to respond to defendants' request has passed. If necessary, expert deadlines will be adjusted if plaintiffs fail to provide the appropriate information to defendants.

       Plaintiffs will be ordered to provide the defendants with individual damage calculations and individual damage totals for each class member by July 15, 2015. If the plaintiffs fail

to provide the defendants with such information, the Court will take further action. Accordingly,

IT IS ORDERED that a ruling on the defendants' motion is held in abeyance. The plaintiffs must provide the defendants with individual damage calculations and individual damage totals for each class member on or before July 15, 2015.

DATED this 29th day of June, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court