IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YASSINE BAOUCH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:12CV408 |
| | ) | |
| v. | ) | |
| | ) | |
| WERNER ENTERPRISES, INC., and | ) | ORDER |
| DRIVERS MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on defendants' motion to extend defendants' expert deadline (Filing No. 226). The Court notes the motion is unopposed, and the motion will be granted. Accordingly,

IT IS ORDERED that defendants' motion is granted; defendants shall have until August 25, 2015, to designate experts and serve expert reports.

DATED this 13th day of July, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court