IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YASSINE BAOUCH, et al.,        )
                               )
          Plaintiffs,          )       8:12CV408
                               )
     v.                        )
                               )
WERNER ENTERPRISES, INC., and  )       ORDER
DRIVERS MANAGEMENT, LLC,       )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on defendants' motion to extend defendants' expert deadline (Filing No. 231).  The Court notes the motion is unopposed, and the motion will be granted.  Accordingly,

IT IS ORDERED that defendants' motion is granted; defendants shall have until September 24, 2015, to designate experts and serve expert reports.  Plaintiffs shall have until October 26, 2015, to designate rebuttal experts and serve rebuttal expert reports.

DATED this 21st day of August, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court