IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YASSINE BAOUCH, et al.,        )
                               )
            Plaintiffs,        )         8:12CV408
                               )
      v.                       )
                               )
WERNER ENTERPRISES, INC.,      )         ORDER
d/b/a WERNER TRUCKING, and     )
DRIVERS MANAGEMENT, LLC,       )
                               )
            Defendants.        )
_____)
```

       This matter is before the Court on plaintiffs' motion to seal their brief in support of plaintiffs' motion for summary judgment and Exhibits 1-A, 1-B, 1-H, 1-J, 1-L, 1-M and 1-N of plaintiffs' index (Filing No. 237).  The Court finds the motion should be granted.  Accordingly,

       IT IS ORDERED that the motion is granted.  Plaintiffs' motion to seal their brief in support of plaintiffs' motion for summary judgment and Exhibits 1-A, 1-B, 1-H, 1-J, 1-L, 1-M and 1-N of plaintiffs' index shall remain sealed pending further order of the Court.

       DATED this 28th day of October, 2015.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court