IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YASSINE BAOUCH, et al.,        )
                               )
           Plaintiffs,         )       8:12CV408
                               )
     v.                        )
                               )
WERNER ENTERPRISES, INC.,      )       ORDER
d/b/a WERNER TRUCKING, and     )
DRIVERS MANAGEMENT, LLC,       )
                               )
           Defendants.         )
_____)
```

This matter is before the Court on plaintiffs' motion to amend and replace brief with attached brief (Filing No. 241). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. The clerk shall strike plaintiffs' brief at Filing No. 238; and Filing No. 242 is deemed plaintiffs' brief in support of their motion for summary judgment and permanent injunction.

DATED this 28th day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court