IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YASSINE BAOUCH, et al.,      )
                             )
          Plaintiffs,        )        8:12CV408
                             )
     v.                      )
                             )
WERNER ENTERPRISES, INC.,    )        ORDER
d/b/a WERNER TRUCKING, and   )
DRIVERS MANAGEMENT, LLC,     )
                             )
          Defendants.        )
_____)
```

This matter is before the Court on defendants' motion to compel the production of updated damage calculations and a motion for expedited briefing (Filing No. 265). The defendants filed a brief in support (Filing No. 266) and index of evidence (Filing No. 267). The Court will grant the defendants' motion for expedited briefing. Accordingly,

IT IS ORDERED that the plaintiffs shall file an opposing brief to the motion to compel by April 5, 2016. The defendants may file a reply brief no later than April 7, 2016.

DATED this 30th day of March, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court