```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

YASSINE BAOUCH, et al.,       )
                              )
          Plaintiffs,         )         8:12CV408
                              )
     v.                       )
                              )
WERNER ENTERPRISES, INC.,     )         ORDER
d/b/a WERNER TRUCKING, and    )
DRIVERS MANAGEMENT, LLC,      )
                              )
          Defendants.         )
_____)
```

This matter is before the Court on defendants' motion to compel the production of updated damage calculations (Filing No. 265). The Court entered an order for expedited briefing (Filing No. 275). The plaintiffs filed a letter in response to the motion to compel (Filing No. 276), to which to defendants replied (Filing No. 277). The plaintiffs agreed to provide the defendants with supplemented damage calculations by April 8, 2016. Therefore, the Court will grant the defendants' motion to compel. The plaintiffs shall produce the updated damage calculations, if they wish to use them at trial, to the defendants no later than April 8, 2016. Accordingly,

IT IS ORDERED that defendants' motion to compel (Filing No. 265) is granted.  The plaintiffs shall produce the updated damage calculations no later than April 8, 2016.

DATED this 31st day of March, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court