IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YASSINE BAOUCH, et al.,         )
                                )
            Plaintiffs,         )         8:12CV408
                                )
      v.                        )
                                )
WERNER ENTERPRISES, INC.,       )         ORDER
d/b/a WERNER TRUCKING, and      )
DRIVERS MANAGEMENT, LLC,        )
                                )
            Defendants.         )
_____)
```

      This matter is before the Court on various motions to seal (Filing No. 305; Filing No. 318; Filing No. 323; Filing No. 329; and Filing No. 332).  The Court finds the motions should be granted.  Accordingly,

      IT IS ORDERED that the motions are granted.  The documents referred to in said motions shall remain sealed pending further order of the Court.

      DATED this 15th day of July, 2016.

                        BY THE COURT:

                        /s/ Lyle E. Strom

                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court