IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YASSINE BAOUCH, et al.,        )
                               )
          Plaintiffs,          )        8:12CV408
                               )
     v.                        )
                               )
WERNER ENTERPRISES, INC., and  )        ORDER
DRIVERS MANAGEMENT, LLC,       )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on the stipulation of the parties regarding briefing deadlines (Filing No. 325).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED that the stipulation is approved and adopted.  The deadline for all briefs as set forth in the stipulation is in effect as if fully set forth herein.

DATED this 15th day of July, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court