IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YASSINE BAOUCH, et al.,       )
                              )
          Plaintiffs,         )       8:12CV408
                              )
     v.                       )
                              )
WERNER ENTERPRISES, INC., and )       ORDER
DRIVERS MANAGEMENT, LLC,      )
                              )
          Defendants.         )
_____)
```

This matter is before the Court on the stipulation of the parties regarding deadline for *Daubert* reply briefs (Filing No. 333).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED that the stipulation is approved and adopted.  The deadline for *Daubert* reply briefs as set forth in the stipulation is in effect as if fully set forth herein.

DATED this 15th day of July, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court