IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YASSINE BAOUCH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:12CV408 |
| | ) | |
| v. | ) | |
| | ) | |
| WERNER ENTERPRISES, INC., | ) | ORDER |
| d/b/a WERNER TRUCKING, and | ) | |
| DRIVERS MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiffs' motion to seal (Filing No. 340). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. The documents referred to in said motion shall remain sealed pending further order of the Court.

DATED this 19th day of July, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court