IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YASSINE BAOUCH, et al.,        )
                               )
             Plaintiffs,       )         8:12CV408
                               )
     v.                        )
                               )
WERNER ENTERPRISES, INC.,      )         ORDER
d/b/a WERNER TRUCKING, and     )
DRIVERS MANAGEMENT, LLC,       )
                               )
             Defendants.       )
_____)
```

This matter is before the Court on defendants' motion to seal defendants' brief in opposition to plaintiffs' motion for partial summary judgment and permanent injunction (Filing No. 346). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. The document referred to in said motion shall remain sealed pending further order of the Court.

DATED this 26th day of July, 2016.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court