IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YASSINE BAOUCH, et al.,        )
                               )
            Plaintiffs,        )         8:12CV408
                               )
        v.                     )
                               )
WERNER ENTERPRISES, INC., and  )         ORDER
DRIVERS MANAGEMENT, LLC,       )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on the joint stipulation of the parties regarding deadline for summary judgment and decertification reply briefs (Filing No. 358). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; the parties shall have until August 15, 2016, to file reply briefs regarding both parties' motions for summary judgment and defendants' motion to decertify.

DATED this 2nd day of August, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court