IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

YASSINE BAOUCH, et al.,              )
                                     )
              Plaintiffs,            )         8:12CV408
                                     )
       v.                            )
                                     )
WERNER ENTERPRISES, INC.,            )         ORDER
d/b/a WERNER TRUCKING, and           )
DRIVERS MANAGEMENT, LLC,             )
                                     )
              Defendants.            )
_____)

This matter is before the Court on defendants' motion to seal defendants' reply brief in support of defendants' motion for summary judgment and Exhibit 3-H (Filing No. 365), and plaintiffs' motion to seal (Filing No. 370), and those motions will be granted.

The Court finds that hereafter the parties may use their discretion when filing documents as restricted or under seal; and **no separate motion need be filed.** If opposing counsel at any time objects to documents having been restricted or sealed, an appropriate request may be made to the Court, in writing, for relief therefrom. Accordingly,

IT IS ORDERED:

1) Defendants' motion to seal (Filing No. 365) and plaintiffs' motion to seal (Filing No. 370) are granted and the documents referenced shall remain sealed pending further order of the Court.

2) The parties may hereafter file documents as restricted or sealed, **without the necessity of filing a separate motion**, subject to the above terms.

DATED this 17th day of August, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court