# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YASSINE BAOUCH, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 8:12CV408 |
| | ) |
| WERNER ENTERPRISES, INC., | ) |
| D/B/A WERNER TRUCKING AND | ) ORDER |
| DRIVERS MANAGEMENT, LLC, | ) |
| | ) |
| Defendants. | ) |

This matter is before the court on Defendants' Motion for Leave to Supplement Pretrial Briefing (Filing No. 379). In two cases related to this action, Defendants have filed Motions to Revise Judgment Pursuant to Fed. R. Civ. P. 54(b) and the Court's Inherent Authority. **See** Filing No. 400 in Case No. 8:11cv401; Filing No. 302 in Case No. 8:12cv307. Defendants assert that Plaintiffs' "sleeper berth" claims in this case are dependent on the summary judgment rulings entered in the two related cases. Because Defendants have requested that the Court revisit those summary judgment rulings, which may have a "significant impact" in this case, Defendants seek leave to file the Motion to Revise and related briefing for the court's consideration when ruling on the pending pretrial motions in this case. The court finds the motion should be granted. Accordingly,

**IT IS ORDERED:**

1. Defendants' Motion for Leave to Supplement Pretrial Briefing (Filing No. 379) is granted;

1

2. Plaintiffs are directed to address in their response briefs due October 24, 2016, in Case. No. 8:11cv401 and Case No. 8:12cv307, Defendants' assertion that the Motions to Revise will impact the pending pretrial motions in this case.

**DATED: October 7, 2016.**

        **BY THE COURT:**

        **s/ F.A. Gossett**
        **United States Magistrate Judge**