## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **YASSINE BAOUCH, on behalf of himself and all those similarly situated, et al;**<br><br>Plaintiffs,<br><br>vs.<br><br>**WERNER ENTERPRISES, INC., and DRIVERS MANAGEMENT, LLC,**<br><br>Defendants. | **8:12CV408**<br><br>**JUDGMENT** |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Motion for Summary Judgment, ECF No. 316, filed by Defendants Werner Enterprises, Inc. and Drivers Management, LLC, is granted;

2. Plaintiffs' Motion for Summary Judgment, ECF No. 321, is denied;

3. This matter is dismissed, with prejudice; and

4. All other pending motions are denied as moot.

Dated this 23rd day of March, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge