## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YASSINE BAOUCH, SCOTT LARROW, LANCE EDWARDS, MARK SOHMER, JOSEPH HORTON, and STEVE NEELY, *on behalf of themselves and all those similarly situated,*<br><br>        Plaintiffs,<br><br>   v.<br><br>WERNER ENTERPRISES INC. d/b/a WERNER TRUCKING, and DRIVERS MANAGEMENT, LLC,<br><br>        Defendants. | CIVIL ACTION NO: 8:12-cv-408<br><br><br>**NOTICE OF APPEAL** |

## NOTICE OF APPEAL

Notice is hereby given that all plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Memorandum and Order of the Honorable Laurie Smith Camp in the above captioned matter denying Plaintiffs' Motion for Summary Judgment and granting Defendants' Motion for Summary Judgment entered on the 23rd day of March, 2017 (Docket Entry 391), and the Judgment dismissing the case with prejudice and denying all other pending motions as moot entered on the 23rd day of March, 2017 (Docket Entry 392).

Respectfully Submitted,

*/s/ Justin Swidler*
Justin L. Swidler, Esq.
**SWARTZ SWIDLER, LLC**
1101 North Kings Highway, Suite 402
Cherry Hill, NJ 08034
Phone: (856) 685-7420
Fax: (856) 685-7417
*Counsel for Plaintiffs*

Dated: March 28, 2017